UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JASON CAMACHO

    Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-366( )( )

Defendant __JASON CAMACHO__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Dawn M Florio for Jason Camacho (JC)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JASON CAMACHO
Print Defendant's Name

_Dawn M Florio_
Defendant's Counsel's Signature

DAWN M. FLORIO
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/3/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge