# MEMO ENDORSEMENT

**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

GRANTED to the extent that the defendant's bail conditions are modified to permit him to visit his grandmother at the Bronx address on September 8.

/s/ Lewis A. Kaplan    /BT
9/8/2021

September 7, 2021

<u>Via ECF</u>
Hon. Lewis A. Kaplan, District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    USA v. Jason Camacho
        <u>Dkt#    21-CR-00366-LAK</u>

Honorable Justice Wolfson;

    I, Dawn M. Florio, attorney at law, represent Jason Camacho on the above case matter. My office was contacted by Mr. Camacho whom is requesting to see his grandmother that is dying and would like to go today, 9/7 to Albert Einstein Hospital located at 1825 Eastchester Road, Bronx, NY 10461.

    Mr. Camacho is also waiting to hear from his mother if his grandmother will be discharged to her home with a hospice nurse. If approval from the Doctor is given, she will possibly be released tonight. Mr. Camacho is also asking if she is discharged, if he can also see his grandmother tomorrow, 9/8 at his mother's house if today is not approved. Mr. Camacho's mother, Ulda Rodriguez that is located at 201 East 165th Street, Apt 1E, Bronx, NY 10456 (347.366.3877).

    I have reached out to Pretrial Officer Ashley Cosme and she gives consent to this request.

    I am requesting that your Honor considers this application. Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.