# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-14-21

September 13, 2021

<u>Via ECF</u>
Hon. Lewis A. Kaplan, District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: USA v. Jason Camacho
      <u>Dkt# 21-CR-00366-LAK</u>

Honorable Justice Wolfson;

  I, Dawn M. Florio, attorney at law, represent Jason Camacho on the above case matter. My office was contacted by Mr. Camacho Our office was contact by Mr. Camacho and we just received word that his grandmother passed on Saturday, 9/11.

  The Wake/Prayer Ceremony will take place on Wednesday, 9/15 @ 4pm-9pm at:

R. G. Ortiz Funeral Home, INc;
2121 Westchester Avenue
Bronx, NY 10462
(718) 931-1500

  The next day Thursday, 9/16 there will be a procession from R.G. Ortiz Funeral Home, Inc starting at 8am to:

Saint Raymond's Cemetery
2600 Lafayette Avenue
Bronx, NY 10465
(718) 792-1133
(Family's last visit is at 8am then at 9am they will head to the cemetery, which should last about 2 hours with the priest and all family members gathering at the burial site)

  After the cemetery, only immediate family will be heading to Mr. Camacho's mothers house till 9pm located at:

Ulda Rodriguez
201 East 165th Street, Apt 1E
Bronx, NY 10456
347.366.3877

    Mr. Camacho will head straight home right after. I have reached out to Pretrial Officer Ashley Cosme and she gives consent to this request.

    I am requesting that your Honor considers this application. Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

                                                     Sincerely,

                                                     **Dawn M. Florio**

                                                     Dawn M. Florio, Esq.

*Granted*

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
9/14/21