# DAWN M. FLORIO LAW FIRM, PLLC
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
*DawnMFlorio@yahoo.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/22

June 9, 2022

*Via ECF*
Hon. Lewis A. Kaplan, District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  USA v. Jason Camacho
Dkt#  21-CR-00366-LAK

Honorable Justice;

I, Dawn M. Florio, Esq., represents Jason Camacho on the above instant matter. I am requesting a postponement on the in-person court appearance scheduled for June 15, 2022 @ 10am. I am currently on Murder Trial in the Bronx on People v. Dushon Folder in front of Hon. McCarty and have begun the Jury Selection phase.

I have reached out to AUSA Camille Fletcher and she consents to this request of extending the time for another 30-days for Mr. Camacho. I apologize for any inconvenience this will cause the government and I consent to exclusion of time if necessary. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Jason Camacho*

Adjourned to 6/29/22 at 3pm.
No adjournments.

CC:  All Counsel

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ  6/13/22

Supreme Court
of the
State of New York



JAMES A McCARTY JR.
JUDGE OF COURT OF CLAIMS

CHAMBERS
BRONX COUNTY HALL OF JUSTICE
265 EAST 161ST STREET
BRONX, NEW YORK 10451

May 31st, 2022

Dawn Florio, Esq.
488 Madison Avenue
20th Floor
New York, NY 10022

Re: People v Dushon Foster
Indictment no. 2367-2019
BY EMAIL:
dawnmflorio@yahoo.com

Dear Ms. Florio,

The above case has been sent to this court for trial as of 5/31/2022. As such, consider yourself actually engaged on this case. Please inform any other judge requesting your presence of your prior commitment. In the event of any problem regarding your status, please contact my law clerk Belkis Alonso-Ortiz, as soon as possible. She can be reached at (718) 618-3635 and bortiz@nycourts.gov.

Very truly yours,

Hon. James A. McCarty, J.S.C.

Cc: ADA Paul Rosenfeld
rosenfep@bronxda.nyc.gov