# DAWN M. FLORIO LAW FIRM PLLC
*Attorney & Counselors at Law*
488 Madison Avenue,
New York, NY 1[...]
Telephone: (212) 93[...]
Facsimile: (347) 39[...]
DawnMFlorio@[...]

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2022

September 2, 2022

*Via ECF*
Hon. Lewis A. Kaplan, District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: USA v. Jason Camacho
Dkt# 21-CR-00366-LAK

Honorable Justice;

I, Dawn M. Florio, Esq., represents Jason Camacho on the above instant matter. I am requesting a postponement on the in-person court appearance scheduled for September 8, 2022 @ 1045am. I have been ordered to return back to New Jersey with the 2017 Trial in front of Hon. Portelli. Later in the afternoon, I have to appear in the Eastern District- Long Island on USA v. Peter Shue for hearings. Thereafter on Monday, September 12, I have been ordered to begin a Federal Trial, USA v. Oladayo Oladokun, in front of Hon. Failia that is expected to last till the end of this month.

I have reached out to AUSA Camille Fletcher and she does not consents to this request of extending the time for another 30-days for Mr. Camacho. I apologize for any inconvenience this will cause the government and I consent to exclusion of time if necessary. I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Jason Camacho*

CC: All Counsel

---

**Handwritten endorsement by Judge:**

Denied. If indeed Ms. Florio cannot be present, her co-counsel, Mr. Mor[...] shall be present. The defendant is at liberty [...] a [...], and must proceed with this case. If Ms. Florio is too busy, he will [...] get [...] lawyer.

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/2/22