UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

            -against-                         21-cr-0366 (LAK)

JASON CAMACHO,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Confirming the minute entry and the minutes of the suppression hearing, defendant's motion to suppress was denied substantially for the reasons stated on the record and in the government's opposition.

        SO ORDERED.

Dated:      September 8, 2022

                                                                 /s/ Lewis A. Kaplan
                                                          _____
                                                                Lewis A. Kaplan
                                                             United States District Judge