```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

United States of America,

    vs.

                                     21 CR 366 (LAK)

Jason Camacho,
        Defendant

- - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: September 8, 2022

_____
Lewis A. Kaplan
United States District Judge