UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/11/2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

21-cr-0366 (LAK)

JASON CAMACHO,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER TO RESPOND**

LEWIS A. KAPLAN, *District Judge.*

Defendant having filed a motion for early termination of his term of supervised release, the government is directed to respond no later than August 25, 2026.

SO ORDERED.

Dated: August 11, 2026

Lewis A. Kaplan
United States District Judge